UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIE DERMANSKY,

                      Plaintiff,

-v-

NBC UNIVERSAL MEDIA, LLC,

                      Defendant.

19-CV-1990 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 10, 2019, the Court granted an extension of the fact discovery deadline to October 23, 2019. (Dkt. No. 27.) At that time, the parties were directed to file a joint letter by October 30, 2019, updating this Court on the status of this action. As of the date of this Order, no letter has been filed.

The parties are directed to file a joint letter on or before November 27, 2019, updating the Court on the status of this action.

    SO ORDERED.

Dated: November 19, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge